# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 0513 | 9576507 | Shutler, Brandon | C116 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 04/11/2024 0740hrs | 21 US Code 844(a) |

**Place of Offense:** 3990 E. Broad St. Columbus, OH 43213

**Offense Description: Factual Basis for Charge** HAZMAT ☐
Possession of a controlled substance

### DEFENDANT INFORMATION

| Last Name | First Name | Middle |
|---|---|---|
| Kamara | Steve | Sekou |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| R689686 | OH | 2014 | Mitsubishi | | Gold |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** US District Court, 85 Marconi Blvd, Ctrm #228, Columbus, OH 43215  614-469-5???
**Date:** 7/17/2024
**Time:** 11:00 am

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: *Steve Kamara*

Original - CVB Copy

*9576507*

---

(For issuance of an arrest warrant or summons)

I state that on **April 11th, 2024** while exercising my duties as a law enforcement officer in the **Southern** District of **Ohio**

On 11 April 2024, I was actively scanning access badges on incoming vehicles in lane 3 at the DSCC N. Yearling Gate. A gold sedan pulled up to my lane and presented an access badge for entry. I immediately smelled a strong odor of marijuana coming from the vehicle. I knew from my previous training, an exposed marijuana burn at the federal law enforcement training center, that the smell was recently burnt marijuana. The two occupants stated that they smoked earlier but did not have any inside the vehicle. A probable cause search of the vehicle resulted in myself and LT McWaber finding 0.9 grams of marijuana in the center console, 2 burnt roaches left of the passenger seat, and a grinder with marijuana residue in the center console. Mr. Kamara claimed all of which belongs to him.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **04/11/2024**  Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident